**MEMORANDUM ENDORSED**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- x

KIMBERLY MILLER, ON BEHALF OF HERSELF
AND ALL OTHER PERSONS SIMILARLY
SITUATED,

          Plaintiffs,

          v.

MEREDITH WARD FINE ART, INC.,

          Defendant.

------------------------------------- x

No.: 1:22-cv-1144

**NOTICE OF VOLUNTARY DISMISSAL**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 5/23/2022

    Plaintiff(s), KIMBERLY MILLER, in accordance with Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, hereby dismisses the above entitled action against Defendant, MEREDITH WARD FINE ART, INC., with prejudice and without fees and costs.

Dated: New York, New York
       April 29, 2022

GOTTLIEB & ASSOCIATES

*/s/Michael A. LaBollita, Esq.*

Michael A. LaBollita, Esq., (ML-9985)
150 East 18th Street, Suite PHR
New York, NY 10003
Phone: (212) 228-9795
Fax: (212) 982-6284
Michael@Gottlieb.legal

*Attorneys for Plaintiffs*

Plaintiff has voluntarily dismissed this case under F.R.C.P. 41(a)(1)(A)(i). The Clerk of Court is directed to close this case.

SO ORDERED.

Dated: May 23, 2022
New York, New York

_____
GREGORY H. WOODS
United States District Judge